IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Paul Gerald Leger, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 1:13-cv-00372-TLW |
| | ) | |
| Maureen Cruz, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER**

This matter comes before this Court on Petitioner's pro se motion for relief from judgment filed on October 9, 2015 pursuant to Federal Rule of Civil Procedure 60(b). (Doc. #38).

Petitioner filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on February 11, 2013. (Doc. #1). On February 10, 2014, this Court accepted the Magistrate Judge's Report and Recommendation and dismissed the above-captioned case without prejudice and without issuance and service of process. (See Docs. #26, 27). On February 29, 2014, Petitioner filed a motion for summary judgment (Doc. #29), on March 6, 2014, he filed Objections to this Court's February 7, 2014 Order (Doc. #30), and on March 10, 2014, he filed a motion for a new trial and to alter or amend the judgment (Doc. #31). On July 31, 2014, this Court entered an Order denying Petitioner's motion for a new trial and to alter or amend and found Petitioner's motion for summary judgment was moot. (Doc. #32). On August 25, 2014, Petitioner filed a motion for release from incarceration (Doc. #35), which this Court denied by Order issued on October 22, 2014 (Doc. #36).

2

This matter now comes before the Court on Petitioner's motion for reconsideration and to alter or amend a judgment. (Doc. #38). After careful review of the record and the instant motion, the Court concludes that Petitioner's motion is without merit, as discussed below.

Petitioner attached to his motion a document entitled "Notice of Release and Arrival," which appears to have been issued by the Federal Bureau of Prisons. (Doc. #38 at 6). The Notice of Release indicates that Petitioner was released from federal custody on September 15, 2014, subject to his three year term of supervised release. (Doc. #38 at 6). Petitioner acknowledges in the motion that he has been released from federal custody. (Doc. #38 at 2, 3). Petitioner's original § 2241 Petition challenged the calculation of Petitioner's release date and federal sentence. That Petition was denied on February 7, 2014. Petitioner now seeks reconsideration of that denial. In light of the fact that Petitioner has been released from custody, Petitioner does not have a habeas remedy available to him based on a challenge to his projected date of release from federal custody.

While Petitioner further argues that the Notice of Release "requires" this Court to enter judgment in his favor for an amount somewhere close to "$340,244,960.00 Dollars United States Currency" for his alleged distress (Doc. #38 at 4), monetary damages are not available under § 2241. 28 U.S.C. § 2241.

Accordingly, after careful consideration, **IT IS ORDERED** that Petitioner's motion for reconsideration and to alter or amend the judgment (Doc. #38) is **DENIED.**

**IT IS SO ORDERED.**

<u>s/ Terry L. Wooten</u>
TERRY L. WOOTEN
Chief United States District Judge

April 8, 2016
Columbia, South Carolina

2