UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Paul Gerard Leger,<br><br>    PETITIONER<br><br>v.<br><br>Maureen Cruz, Warden,<br><br>    RESPONDENT | Case No. 1:13-cv-00372-TLW<br><br>**Order** |

Before the Court in this long-closed case is a filing by Petitioner that is best characterized as a motion for reconsideration of the Court's February 7, 2014 order dismissing his § 2241 habeas petition. However, as he states in his motion and as the Court's review of the Federal Bureau of Prisons' website confirms, he was released from federal custody on September 15, 2014. Because he is no longer in custody, the Court no longer has subject matter jurisdiction over his petition. *See Bernard v. Garraghty*, 934 F.2d 52, 53 (4th Cir. 1991) ("Federal courts may only take jurisdiction over a petition for a writ of habeas corpus when the prisoner is in custody in violation of the Constitution or laws or treaties of the United States."); *see also Alston v. Adams*, 178 F. App'x 295, 295–96 (4th Cir. 2006) (dismissing as moot the appeal of an order dismissing a habeas petition because the petitioner was released from federal custody while the appeal was pending). Accordingly, his motion for reconsideration, ECF No. 41, is **DENIED** for lack of jurisdiction.

IT IS SO ORDERED.[1]

                                                    *s/ Terry L. Wooten*
                                                    Terry L. Wooten
                                                    Senior United States District Judge

July 12, 2021
Columbia, South Carolina

---

[1] In light of the above ruling, the other outstanding motion in this case, ECF No. 47, is **DENIED AS MOOT**.